CHARLES H. WILLIAMS, Respondent, *v.* THE VILLAGE OF PORT CHESTER, Appellant.

(Submitted January 8, 1906; decided January 16, 1906.).

MOTION to reinstate appeal. (See 183 N. Y. 550.)

Motion denied upon the ground that a question of fact is involved. (See *Walden* v. *City of Jamestown,* 178 N. Y. 213.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. HAMILTON, Appellant, *v.* THE POLICE COMMISSIONER OF THE CITY OF NEW YORK, Respondent.

Reported below, 100 App. Div. 483.
(Argued January 8, 1906; decided January 16, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1905, which reversed an order of Special Term sustaining a writ of habeas corpus, dismissed said writ and directed that the relator be remanded to the custody of the defendant.

The motion was made upon the grounds that the relator had not surrendered himself into custody and had failed to file the undertaking on appeal required by the Code of Civil Procedure.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for motion.

*Charles Goldzier* opposed.

Motion denied. We think the fact that this defendant avoided the jurisdiction of the court is not a sufficient reason for dismissing his appeal. Whether he should be permitted to argue the appeal until he submits himself to such jurisdiction is another question to be met and disposed of hereafter.